THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE
T. LENAHAN, Appellant, v. MAX S. GRIFENHAGEN, as
Register of the County of New York, Respondent.

*People ex rel. Lenahan* v. *Grifenhagen*, 164 App. Div. 180,
appeal dismissed.

(Submitted February 23, 1915; decided March 3, 1915.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered November 9, 1914, which
affirmed on certiorari the proceedings of the defendant
in dismissing the relator from the position of recording
clerk in the office of the register of the county of New
York.

The motion was made upon the ground of failure to file
the required undertaking.

*Frank L. Polk, Corporation Counsel (J. H. Greener*
of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.